1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  ELIZABETH S. SALVESON, State Bar #83788
   Chief Labor Attorney
3  RAFAL OFIERSKI, State Bar #194798
   Deputy City Attorney
4  Fox Plaza
   1390 Market Street, Fifth
5  San Francisco, California 94102-5408
   Telephone:    (415) 554-4244
6  Facsimile:    (415) 554-4248
   E-Mail:       rafal.ofierski@sfgov.org
7
   Attorneys for Defendant
8  CITY AND COUNTY OF SAN FRANCISCO

9  JULIO RAMOS, State Bar #189944
   Attorney at Law
10 35 Grove Street, Suite 107
   San Francisco, California 94102
11 Telephone:    (415) 948-3015
   Facsimile:    (415) 469-9787

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| CARLOS VILLALTA, ANTHONY PADILLA, GILBERT GUERRA, AND DANIEL PEREZ,<br><br>    Plaintiffs,<br><br>    vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO and Does 1 though 10,<br><br>    Defendants. | Case No. C08-4958<br><br>**STIPULATED REQUEST TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER**<br><br><br>**Concurrently Filed Document**: Declaration of Rafal Ofierski |
|---|---|

Plaintiffs Carlos Villalta, Anthony Padilla, Gilbert Guerra and Daniel Perez and Defendant City and County of San Francisco respectfully submit, under Local Rule 7-12, a stipulated request for an order continuing the initial case management conference. In support of their request, the parties state:

1.      Plaintiffs filed their Complaint for Damages, Injunctive and Declaratory Relief on October 29, 2008, and served it on the City on December 30, 2008.  (R. Ofierski Dec. ¶ 2.)

2.      Under the Court's order setting the initial case management conference and the associated deadlines, the initial conference is set for February 6, 2009; the last day for the parties to file a Rule 26(f) report, complete initial disclosures and file a case management statement is January 30, 2009; and  last day to meet and confer regarding initial disclosures and discovery plan is January 16, 2009.

3.      After Plaintiffs served the complaint on December 30, 2008, the case was assigned to the undersigned counsel for the City, who received a copy of the complaint on January 7, 2009.  (R. Ofierski Dec. ¶ 2.)   In the complaint, the four Plaintiffs make broad allegations of employment discrimination, including discrimination in promotions, training, disciplinary actions, and wrongful termination.  (*See* Cmplt. ¶¶ 4-21).  Given the breadth of the allegations, the undersigned counsel for the City reasonably cannot complete the factual and legal investigation required to meet and confer concerning initial disclosures and discovery plan by January 16, 2009, which is seventeen days after Plaintiffs served their complaint, and nine calendar days after the City's counsel received the complaint.  Similarly, the City's counsel reasonably cannot complete the necessary investigation and gather the documents comprising the City's initial disclosures by January 30, 2009, which is only thirty calendar days from the service of the complaint.   (R. Ofierski Dec. ¶ 3.)

Accordingly, the parties respectfully request that the Court continue the initial case management conference and the associated deadlines as the Court deems proper, but by no less than 60-days, which is the length of the period from the filing of the complaint on October 29 and the service of the complaint on the City on December 30, 2008.

| | |
|---|---|
| Dated:  January 9, 2009 | DENNIS J. HERRERA<br>City Attorney<br>ELIZABETH S. SALVESON<br>Chief Labor Attorney<br>RAFAL OFIERSKI<br>Deputy City Attorney |
| | By:   /s/ Rafal Ofierski<br>        RAFAL OFIERSKI |
| | Attorneys for Defendant<br>CITY AND COUNTY OF SAN FRANCISCO |

Dated:  January 9, 2009

        /s/ Julio Ramos
        JULIO RAMOS

        Attorney for Plaintiffs
        CARLOS VILLALTA et al

### [PROPOSED] ORDER

Plaintiffs Carlos Villalta et al and Defendant City and County of San Francisco submitted a stipulated request to continue the initial case management conference.  Good cause appearing, the Court hereby GRANTS the request.   Accordingly, the Court orders as follows:

1. The initial case management conference is continued to February 6 to  April 10 , 2009, at  8:30  a.m./p.m.

2.  April 03 , 2009 shall be the last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement.

3.  March 20 , 2009 shall be the last day to meet and confer re: initial disclosures, early settlement, ADR process selection and discovery plan; file ADR certification, and; file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference.

///

1     SO ORDERED.

2                                                                            _____

CHARLES R. BREYER, Judge

3   Signed: January 12, 2009       U. S. District Court for the Northern District of California