DENNIS J. HERRERA, State Bar #139669
City Attorney
ELIZABETH SALVESON, State Bar #83788
Chief Labor Attorney
RAFAL OFIERSKI, State Bar #194798
Deputy City Attorneys
Fox Plaza
1390 Market Street, Fifth Floor
San Francisco, California 94102-5408
Telephone: (415) 554-4244
Facsimile: (415) 554-4248
E-Mail: rafal.ofierski@sfgov.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS VILLALTA, ANTHONY PADILLA, GILBERT GUERRA AND DANIEL PEREZ,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>Defendants. | Case No. CVC 08-4958 CRB<br><br>[~~PROPOSED~~] ORDER CONTINUING SUMMARY JUDGMENT DEADLINE<br><br>Date Action Filed: October 29, 2008<br>Trial Date: May 10, 2010 |

**PURSUANT TO STIPULATION, IT IS SO ORDERED** that the Hearing on Motions for Summary Judgment is continued to March 15, 2010.  Accordingly, the filing deadline for motions for summary judgment is extended to February 8, 2010.

Dated:   January 22 , 2010

_____
HON. CHARLES R. BREYER



Order Continuing Summ. J. Deadlines  
*Villalta*, Case No. C08-4958

1

n:\labor\li2009\090736\00605317.doc