| | |
|---|---|
| 1 | DENNIS J. HERRERA, State Bar #139669<br>City Attorney |
| 2 | ELIZABETH SALVESON, State Bar #83788<br>Chief Labor Attorney |
| 3 | RAFAL OFIERSKI, State Bar #194798<br>Deputy City Attorneys |
| 4 | Fox Plaza<br>1390 Market Street, Fifth Floor |
| 5 | San Francisco, California 94102-5408<br>Telephone: (415) 554-4244 |
| 6 | Facsimile: (415) 554-4248<br>E-Mail: rafal.ofierski@sfgov.org |

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS VILLALTA, ANTHONY PADILLA, GILBERT GUERRA AND DANIEL PEREZ,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>Defendants. | Case No. CVC 08-4958 CRB<br><br>AMENDEED<br><br>**[PROPOSED] ORDER CONTINUING SUMMARY JUDGMENT DEADLINE**<br><br>Date Action Filed: October 29, 2008<br>Trial Date: May 10, 2010 |

1    **PURSUANT TO STIPULATION, IT IS SO ORDERED** that the Hearing on Motions for

2    Summary Judgment is continued to ~~March 15,~~ March 26 2010.  Accordingly, the filing deadline for motions for

3    summary judgment is extended to February 8, 2010.

4    Dated:   January 22 , 2010

5    _____
     HON. CHARLES R. BREYER



Order Continuing Summ. J. Deadlines
*Villalta,* Case No. C08-4958

1

n:\labor\li2009\090736\00605317.doc