IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS VILLALTA, et al., | No. C 08-4958 CRB |
| Plaintiffs, | **JUDGMENT** |
| v. | |
| CITY AND COUNTY OF SAN FRANCISCO, et al., | |
| Defendant. | |

The Court, having granted Defendant's Motion for Summary Judgment, enters judgment in favor of Defendant against Plaintiffs.

**IT IS SO ORDERED.**

Dated: March 31 , 2010

CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE